Kenneth H. Prochnow (SBN: 112983)
CHILES and PROCHNOW, LLP
Stanford Financial Square
2600 El Camino Real, Suite 412
Palo Alto, California  94306-1719
Telephone:  650-812-0400
Facsimile:   650-812-0404
Email: kprochnow@chilesprolaw.com

Attorneys for Richard F. Tipton

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>     vs.<br><br>JSW FINANCIAL INC., JAMES S. WARD, DAVID S. LEE, EDWARD G. LOCKER, RICHARD F. TIPTON, and DAVID C. LIN,<br><br>              Defendants,<br><br>       and<br><br>BLUE CHIP REALTY FUND LLC and SHORELINE INVESTMENT FUND, LLC,<br><br>              Relief Defendants. | Case No.: CV 11 1356 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>N.D. Ca. Local 6-1(a) |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1

*Securities and Exchange Commission v. JSW Financial, Inc., et al.,* Case No. CV-11-1356 SC {2625\16\00031423.DOC}

1     Pursuant to N.D. Ca Local Rule 6-1(a), it is stipulated by the parties through their
2 respective counsel that the time within which defendant Richard F. Tipton may answer or
3 otherwise respond to the complaint on file herein, be extended from Monday, June 6, 2011 to
4 Monday, June 27, 2011.

5 DATED: June 6, 2011      SECURITIES AND EXCHANGE COMMISSION

7      By: /s/ Steven Buchholz
8      Steven Buchholz,
     Attorneys for Plaintiff

9 DATED: June 2, 2011      CHILES AND PROCHNOW, LLP

11      By: /s/ Kenneth H. Prochnow
12      Kenneth H. Prochnow
     Attorneys for Defendant RICHARD F. TIPTON

13 /////

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Samuel Conti

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 2

*Securities and Exchange Commission v. JSW Financial, Inc., et al.,* Case No. CV-11-1356 SC {2625\16\00031423.DOC}