Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California  95123
(415) 922-5462  telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
EDWARD LOCKER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>vs.<br><br>JSW FINANCIAL INC., ET. AL.<br>    Defendant. | Case No. 11-CV-01356 SC<br><br>**STIPULATION For An Extension To File Answer** |

The parties, by and through their respective attorneys, Steven D. Buchholz for the plaintiff Securities and Exchange Commission and Anthony J. Brass for the defendant Edward Locker, hereby stipulate to an extension for defendant Edward Locker to file his Answer to the complaint in the above entitled matter to June 27, 2011.

Wherefore it is stipulated between the parties that the responsive pleadings in this matter will be filed by June 27, 2011.

SO STIPULATED:

/s/ Anthony Brass                                                                 June 6, 2011
Anthony J. Brass                                                                   Date
Attorney for Defendant Edward Locker


__/s/ Steven D. Buchholz                                                    June 6, 2011
Steven D. Buchholz                                                             Date
Attorney for Plaintiff Securities and Exchange Commission



IT IS SO ORDERED
Judge Samuel Conti