IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>JSW FINANCIAL INC.; JAMES S. WARD; DAVID S. LEE; EDWARD F. LOCKER; RICHARD F. TIPTON; and DAVID C. LIN,<br><br>    Defendants,<br><br>  and<br><br>BLUE CHIP REALTY FUND LLC and SHORELINE INVESTMENT FUND, LLC,<br><br>    Relief Defendants. | Case No. 11-1356 SC<br><br>ORDER STAYING CASE |

Defendant JSW Financial Inc. ("JSW") has filed a petition for bankruptcy in the Northern District of California under Chapter 7 of the Bankruptcy Code. Case No. 09-57648. Under 11 U.S.C. § 362, this bankruptcy filing operates as an automatic stay of the action brought against JSW by Plaintiff Securities and Exchange Commission ("Plaintiff").

As such, the Court STAYS this action against JSW. In the interest of judicial economy, the Court also STAYS this action as to all Defendants. Within thirty (30) days of final resolution of

the bankruptcy action, Plaintiff shall file a request for the Court to lift this stay.  The Court will lift the stay as to the other Defendants if Plaintiff establishes that the interests of justice or efficiency so requires.

    IT IS SO ORDERED.

    Dated: July 7, 2011



UNITED STATES DISTRICT JUDGE

2