IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 11-01356 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING STATUS REPORT** |
| JSW FINANCIAL 1NC., JAMES WARD, DAVID LEE, EDWARD LOCKER, RICHARD TIPTON, and DAVID LIN, | |
| Defendants, | |
| and | |
| BLUE CHIP REALTY FUND LLC and SHORELINE INVESTMENT FUND, LLC, | |
| Relief Defendants. | |

A prior judge determined that a stay was warranted in this case pending related criminal and bankruptcy proceedings. The action was recently reassigned to the undersigned judge. The parties shall please file a joint status report by **NOON ON DECEMBER 22, 2015.** The action remains stayed until then.

**IT IS SO ORDERED.**

Dated: December 7, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE