JINA L. CHOI (N.Y. Bar No. 2699718)
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
  buchholzs@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: 415-705-2500
Facsimile: 415-705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:11-cv-01356 WHA |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JSW FINANCIAL, INC.** |
| JSW FINANCIAL INC., JAMES S. WARD, DAVID S. LEE, EDWARD G. LOCKER, RICHARD F. TIPTON, and DAVID C. LIN, | |
| Defendants, | |
| and | |
| BLUE CHIP REALTY FUND LLC and SHORELINE INVESTMENT FUND, LLC, | |
| Relief Defendants. | |

Notice of Voluntary Dismissal
SEC v. JSW Financial Inc., et al.
Case No. 3:11-cv-01356 WHA

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission ("Commission") hereby voluntarily dismisses its action against defendant JSW Financial, Inc.

The Commission brought the above-titled action on March 22, 2011. On July 6, 2011, Defendant JSW Financial filed a notice of bankruptcy and requested the Court to enter an automatic stay. The Court entered the requested stay on July 7, 2011. The bankruptcy proceedings were terminated in 2015. Defendant JSW Financial, which ceased operations in 2008, emerged with no assets and appears to be a defunct entity.

Rule 41(a)(1) permits a plaintiff to dismiss claims voluntarily where, as here, the opposing party has not filed an answer or a motion for summary judgment. In light of defendant's economic status as a defunct entity, the Commission hereby dismisses its claims against defendant JSW Financial, Inc. pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: January 20, 2016

/s/ Robert L. Tashjian
Robert L. Tashjian

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Notice of Voluntary Dismissal
SEC v. JSW Financial Inc., et al.
Case No. 3:11-cv-01356 WHA

-1-

## CERTIFICATE OF SERVICE

I, Eric Pease, am a citizen of the United States, over 18 years of age, and am not a party or counsel to a party in this action. I hereby certify that on January 20, 2016, I served true and correct copies of the following document:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JSW FINANCIAL, INC.**

I served true and correct copies via **USPS FIRST CLASS MAIL**, addressed to the following:

James S. Ward, Register #16013-111
FCI Morgantown
Federal Correctional Institution
P.O. Box 1000
Morgantown, WV 26507

Robert E. Carey, Esq.
Carey & Carey
P.O. Box 1040
Palo Alto, CA 94302
  *Counsel for defendant David Lee*

Lars Fuller, Esq.
Law Offices
60 N. Keeble Ave
San Jose, CA 95126
  *Counsel for defendant David Lee*

David C. Lin
3645 Cubre Terrace
Davis, CA 95618

Richard F. Tipton
710 Bair Island Road, Apt. 211
Redwood City, CA 94063

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on January 20, 2016.

Eric Pease