**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 11-01356 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| JSW FINANCIAL 1NC., JAMES WARD, DAVID LEE, EDWARD LOCKER, RICHARD TIPTON, and DAVID LIN, | |
| Defendants. | |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion.

Dated: April 1, 2016.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE