IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>  v.<br>JAMES WARD,<br><br>        Defendant,<br>_____/ | No. C 11-01356 WHA<br><br>**REQUEST FOR STATUS UPDATE** |

    A previous filing stated that defendant James Ward had made a settlement offer to plaintiff Securities and Exchange Commission that the Commission intended to accept. By **NOON ON APRIL 15**, the Commission is requested to submit a status update indicating the status of the parties' settlement efforts and stating whether the parties intend to go forward with the hearing set for April 21.

Dated: April 11, 2016.

                                                      WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE